

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Lawrence Banner

**Civil Action No.** <u>13-cv-00808-MMA-BGS</u>

**Plaintiff,**

**V.**

G. J. Janda  and Kamala Harris

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is Denied.  The Court finds that this standard has not been met and therefore declines to issue a certificate of appealability in this case.

**Date:**      <u>5/15/14</u>

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  <u>V. Mosqueda</u>

V. Mosqueda, Deputy